UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

**FILED**

OCT 24 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　)　No.
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
JOHN MORRIS,　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　)

**4:19CR896 JAR/JMB**

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 30, 2019, and continuing until July 31, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**JOHN MORRIS,**

the Defendant herein, knowingly possessed one or more firearms, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and that each firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
GREGORY M. GOODWIN, #65929MO
Special Assistant United States Attorney