UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 4:19 CR 896 JAR JMB |
| v. ) | |
| ) | **FILED UNDER SEAL** |
| JOHN MORRIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of this Court endorsed hereon, the United States of America, via the United States Attorney for the Eastern District of Missouri, hereby dismisses the indictment filed against John Morris without prejudice.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/Gregory M. Goodwin*
GREGORY M. GOODWIN, #65929MO
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE

Dated: This _____ day of February, 2020.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                BY : *Gregory M. Goodwin*
                                                GREGORY M. GOODWIN, #65929MO